FILED & JUDGMENT ENTERED
David E. Weich

Jan 11 2008

Clerk, U.S. Bankruptcy Court
Western District of North Carolina



_J. Craig Whitley_
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| IN RE: Stridemark, LLC. ) | Chapter 7 |
| ) | Case No. 07-32287 |
| Debtor ) | |
| ) | |
| General Electric Capital Corporation, ) | |
| ) | |
| Movant, ) | |
| ) | |
| vs. ) | |
| ) | |
| Stridemark, LLC, ) | |
| ) | |
| Respondent ) | |
| ) | |
| A. Burton Shuford, ) | |
| ) | |
| Chapter 7 Trustee ) | |

### ORDER TERMINATING THE AUTOMATIC STAY

ON this day came on to be heard the Motion of General Electric Capital Corporation, seeking relief from the automatic stay from an act against property. Upon review of the pleadings and the matters before the Court, the Court finds that this Motion should be granted. It is, therefore,

ORDERED that the Motion of General Electric Capital Corporation is granted; it is, further

ORDERED that the automatic stay of 11 U.S.C. § 362 is hereby lifted and terminated to allow AmeriCredit Financial to repossess its vehicle, more fully described a **Polymac Automatic Edgebander, equipped with all standard and any additional parts, attachments and**

**accessories** to exercise its available rights and remedies and to have such contacts with the Debtor as is necessary; it is, further

ORDERED that the ten (10) day stay imposed under Bankruptcy Rule 4001 is hereby waived.


This Order has been signed
Electronically.  The judge's
Signature and court's seal
Appear at the top of the Order

UNITED STATES BANKRUPTCY COURT